# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §      Case  No. 14-40382
                                          §
JACQUELINE MARIE FISHER                   §
                                          §
                                          §
                                          §
            Debtor                        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>11/06/2014</u>. The case was converted to one under Chapter 7 on 03/05/2015. The undersigned trustee was appointed on <u>03/05/2015</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $8,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $8,000.00 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.   The deadline for filing non-governmental claims in this case was <u>08/28/2015</u> and the deadline
     for filing government claims was <u>08/28/2015</u>. All claims of each class which will receive a
     distribution have been examined and any objections to the allowance of claims have been
     resolved. If applicable, a claims analysis, explaining why payment on any claim is not being
     made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
     <u>$1,550.00</u>.  To the extent that additional interest is earned before case closing, the maximum
     compensation may increase.

     The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,550.00</u>,
for a total compensation of <u>$1,550.00</u>[2].  In addition, the trustee received reimbursement for reasonable
and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of
<u>$0.00,</u> for total expenses of <u>$0.00</u>.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing
report is true and correct.

Date: <u>09/24/2015</u>                    By:   <u>/s/ Gus A. Paloian</u>
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed
Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1                    Exhibit A

| Case No.: | 14-40382-TAB |
| Case Name: | FISHER, JACQUELINE MARIE |
| For the Period Ending: | 9/24/2015 |

| Trustee Name: | Gus A. Paloian |
| Date Filed (f) or Converted (c): | 03/05/2015 (c) |
| §341(a) Meeting Date: | 04/10/2015 |
| Claims Bar Date: | 08/28/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Single family home - 1749 N Sayre Ave, Chicago, IL 60707 (Eppraisal evaluation: $353,514; Zillow evaluation: $343,120) | $348,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of America Checking account | $423.70 | $0.00 | | $0.00 | FA |
| 4 | Bank of America Checking account | $102.24 | $0.00 | | $0.00 | FA |
| 5 | Bank of America eBanking account | $10.01 | $0.00 | | $0.00 | FA |
| 6 | Bank of America Money Market account | $52.26 | $0.00 | | $0.00 | FA |
| 7 | Bank of America Regular Savings account | $0.59 | $0.00 | | $0.00 | FA |
| 8 | Bank of America Savings account | $48.87 | $0.00 | | $0.00 | FA |
| 9 | Merril Lynch Investment account | $8.52 | $0.00 | | $0.00 | FA |
| 10 | Household goods, furnishings and electronics Location: 1749 N. Sayre Ave., Chicago, IL 60707 | $2,500.00 | $0.00 | | $0.00 | FA |
| 11 | IPad and computer Location: 1749 N Sayre Ave, Chicago, IL 60707 | $300.00 | $0.00 | | $0.00 | FA |
| 12 | Ordinary Clothing Location: 1749 N Sayre Ave, Chicago, IL 60707 | $500.00 | $0.00 | | $0.00 | FA |
| 13 | Costume jewelry Location: 1749 N. Sayre Ave., Chicago, IL 60707 | $150.00 | $0.00 | | $0.00 | FA |
| 14 | IRA account at Allied Bank | $3,500.00 | $0.00 | | $0.00 | FA |
| 15 | IRA account at Bank of America | $2,191.00 | $0.00 | | $0.00 | FA |
| 16 | 2001 Ford Explorer (145,000 miles, good condition) Location: 1749 N. Sayre Ave., Chicago, IL 60707 | $1,835.00 | $1,835.00 | | $0.00 | FA |
| 17 | 2004 Lexus GX470 (98,000 miles, good condition) Location: 1749 N. Sayre Ave., Chicago, IL 60707 **(u)** | $16,380.00 | $13,676.19 | | $8,000.00 | FA |
| 18 | Smartphone Location: 1749 N Sayre Ave, Chicago, IL 60707 | $50.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit A

| | |
|---|---|
| **Case No.:** | 14-40382-TAB |
| **Case Name:** | FISHER, JACQUELINE MARIE |
| **For the Period Ending:** | 9/24/2015 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date Filed (f) or Converted (c):** | 03/05/2015 (c) |
| **§341(a) Meeting Date:** | 04/10/2015 |
| **Claims Bar Date:** | 08/28/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | Chicago Patrolmen's Federal Credit Union Checking Account | $272.60 | $272.60 | | $0.00 | FA |
| 20 | Chicago Patrolmen's Federal Credit Union Savings Account | $136.69 | $136.69 | | $0.00 | FA |
| 21 | Retirement Account at Bank of America | $138,479.00 | $138,479.00 | | $0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | **$514,990.48** | **$154,399.48** | | **$8,000.00** | **$0.00** |

**Major Activities affecting case closing:**
   The Trustee liquidated one asset (vehicle).  Claims bar date is 8/28/15.  Claims will be reviewed and case will be closed.

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**    10/31/2015          /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 14-40382-TAB | |
| Case Name: | FISHER, JACQUELINE MARIE | |
| Primary Taxpayer ID #: | **-***1034 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/6/2014 | |
| For Period Ending: | 9/24/2015 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0344 |
| Account Title: | Jacqueline Fisher |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2015 | (17) | Jacqueline Fisher | Purchase of 2004 Lexus | 1129-000 | $8,000.00 | | $8,000.00 |
| | | | TOTALS: | | $8,000.00 | $0.00 | $8,000.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,000.00 | $0.00 | |

| For the period of 11/6/2014 to 9/24/2015 | | For the entire history of the account between 06/11/2015 to 9/24/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 14-40382-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FISHER, JACQUELINE MARIE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1034 | Checking Acct #: | ******0344 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Jacqueline Fisher |
| For Period Beginning: | 11/6/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $8,000.00 | $0.00 | $8,000.00 |

**For the period of 11/6/2014 to 9/24/2015**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/05/2015 to 9/24/2015**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**CLAIM ANALYSIS REPORT**

| | |
|---|---|
| Case No.: | 14-40382-TAB |
| Case Name: | FISHER, JACQUELINE MARIE |
| Claims Bar Date: | 08/28/2015 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Date: | 9/24/2015 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 07/07/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| 2a | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT, P.C.<br>20 N.WACKER DR #1434<br>CHICAGO IL 60606 | 12/03/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,398.07 | $5,398.07 | $0.00 | $0.00 | $0.00 | $5,398.07 |
| 3 | TD BANK USA, N.A.<br><br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE WA 98121 | 12/10/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,449.12 | $1,449.12 | $0.00 | $0.00 | $0.00 | $1,449.12 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 12/19/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $257.63 | $257.63 | $0.00 | $0.00 | $0.00 | $257.63 |
| **Claim Notes:**  (4-1) Unsecured Debt | | | | | | | | | | | | |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 12/29/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $370.18 | $370.18 | $0.00 | $0.00 | $0.00 | $370.18 |
| **Claim Notes:**  (5-1) Unsecured Debt | | | | | | | | | | | | |
| 6 | BMW FINANCIAL SERVICES NA, LLC<br>P.O. Box 201347<br>Arlington TX 76006 | 01/21/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $37,667.53 | $37,667.53 | $0.00 | $0.00 | $0.00 | $37,667.53 |

CLAIM ANALYSIS REPORT    Page No: 2    Exhibit C

| Case No. | 14-40382-TAB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | FISHER, JACQUELINE MARIE | | Date: | 9/24/2015 |
| Claims Bar Date: | 08/28/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CAVALRY SPV I, LLC<br><br>assignee of Capital One Bank (USA) NA<br>Household Bank<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 01/28/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,434.40 | $3,434.40 | $0.00 | $0.00 | $0.00 | $3,434.40 |
| **Claim Notes:** | (7-1) Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A./Household Bank | | | | | | | | | | | |
| 9 | NAVIENT SOLUTIONS, INC.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Barre PA 18773-9635 | 02/13/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,418.27 | $9,418.27 | $0.00 | $0.00 | $0.00 | $9,418.27 |
| 10 | SPRINT CORP<br><br>Attn Bankruptcy Dept<br>P.O Box 7949<br>Overland Park KS 66207-0949 | 02/16/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $845.72 | $845.72 | $0.00 | $0.00 | $0.00 | $845.72 |
| 11 | DELL FINANCIAL SERVICES, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville SC 29603-0390 | 03/11/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $105.41 | $105.41 | $0.00 | $0.00 | $0.00 | $105.41 |
| 1 | THE BANK OF NEW YORK MELLON F/K/A<br>The Bank of New York<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch CO 80129 | 11/25/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $96,110.05 | $96,110.05 | $0.00 | $0.00 | $0.00 | $96,110.05 |

CLAIM ANALYSIS REPORT

Exhibit C

| | |
|---|---|
| **Case No.** | 14-40382-TAB |
| **Case Name:** | FISHER, JACQUELINE MARIE |
| **Claims Bar Date:** | 08/28/2015 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 9/24/2015 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION TRUNKETT & TRUNKETT, P.C. 20 N.WACKER DR #1434 CHICAGO IL 60606 | 12/03/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $278.69 | $278.69 | $0.00 | $0.00 | $0.00 | $278.69 |
| 8 | BANK OF AMERICA, N.A. Attn: Bankruptcy Dept. Mail Stop CA6-919-01-23 400 National Way Simi Valley CA 93065 | 02/03/2015 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $400,590.42 | $400,590.42 | $0.00 | $0.00 | $0.00 | $400,590.42 |

**Claim Notes:**   (8-1) Mortgage secured by Real Property

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | URBAN PARTNERSHIP BANK Eric J Mainar 55 West Monroe Street Suite 1200 Chicago IL 60603 | 06/08/2015 | SECURED CLAIMS | Allowed | 4110-000 | $509,314.56 | $509,314.56 | $509,314.56 | $0.00 | $0.00 | $0.00 | $509,314.56 |
| | | | | | | **$1,066,790.05** | **$1,066,790.05** | **$0.00** | **$0.00** | **$0.00** | **$1,066,790.05** |

CLAIM ANALYSIS REPORT

Page No: 4

Exhibit C

| | |
|---|---|
| **Case No.** | 14-40382-TAB |
| **Case Name:** | FISHER, JACQUELINE MARIE |
| **Claims Bar Date:** | 08/28/2015 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 9/24/2015 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $58,946.33 | $58,946.33 | $0.00 | $0.00 | $0.00 | $58,946.33 |
| SECURED CLAIMS | $1,006,293.72 | $1,006,293.72 | $0.00 | $0.00 | $0.00 | $1,006,293.72 |
| Trustee Compensation | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      14-40382
Case Name:    JACQUELINE MARIE FISHER
Trustee Name:  Gus A. Paloian

Balance on hand:        $8,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | The Bank of New York Mellon f/k/a | $96,110.05 | $96,110.05 | $0.00 | $0.00 |
| 2 | Chicago Patrolmen's Federal Credit Union | $278.69 | $278.69 | $0.00 | $0.00 |
| 8 | Bank of America, N.A. | $400,590.42 | $400,590.42 | $0.00 | $0.00 |
| 12 | Urban Partnership Bank | $509,314.56 | $509,314.56 | $0.00 | $0.00 |

Total to be paid to secured creditors:        $0.00
Remaining balance:        $8,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,550.00 | $0.00 | $1,550.00 |

Total to be paid for chapter 7 administrative expenses:        $1,550.00
Remaining balance:        $6,450.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $6,450.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,450.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,946.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2a | Chicago Patrolmen's Federal Credit Union | $5,398.07 | $0.00 | $590.67 |
| 3 | TD BANK USA, N.A. | $1,449.12 | $0.00 | $158.56 |
| 4 | Quantum3 Group LLC as agent for | $257.63 | $0.00 | $28.19 |
| 5 | Quantum3 Group LLC as agent for | $370.18 | $0.00 | $40.51 |
| 6 | BMW Financial Services NA, LLC | $37,667.53 | $0.00 | $4,121.64 |
| 7 | Cavalry SPV I, LLC | $3,434.40 | $0.00 | $375.80 |
| 9 | Navient Solutions, Inc. | $9,418.27 | $0.00 | $1,030.56 |
| 10 | Sprint Corp | $845.72 | $0.00 | $92.54 |
| 11 | Dell Financial Services, LLC | $105.41 | $0.00 | $11.53 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $6,450.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |

|  | |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |