**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-40382 |
| | § | |
| JACQUELINE MARIE FISHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/17/2015, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/6/2015                By:  /s/ Gus A. Paloian
                                              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-40382 |
| | § | |
| JACQUELINE MARIE FISHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $8,000.00
*and approved disbursements of*     $0.00
*leaving a balance on hand of$^1$ :*     $8,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | The Bank of New York Mellon f/k/a | $96,110.05 | $96,110.05 | $0.00 | $0.00 |
| 2 | Chicago Patrolmen's Federal Credit Union | $278.69 | $278.69 | $0.00 | $0.00 |
| 8 | Bank of America, N.A. | $400,590.42 | $400,590.42 | $0.00 | $0.00 |
| 12 | Urban Partnership Bank | $509,314.56 | $509,314.56 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $8,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,550.00 | $0.00 | $1,550.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   |   |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,550.00 |
| Remaining balance: | $6,450.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|   |   |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,450.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,450.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,946.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2a | Chicago Patrolmen's Federal Credit Union | $5,398.07 | $0.00 | $590.67 |
| 3 | TD BANK USA, N.A. | $1,449.12 | $0.00 | $158.56 |
| 4 | Quantum3 Group LLC as agent for | $257.63 | $0.00 | $28.19 |
| 5 | Quantum3 Group LLC as agent for | $370.18 | $0.00 | $40.51 |
| 6 | BMW Financial Services NA, LLC | $37,667.53 | $0.00 | $4,121.64 |
| 7 | Cavalry SPV I, LLC | $3,434.40 | $0.00 | $375.80 |
| 9 | Navient Solutions, Inc. | $9,418.27 | $0.00 | $1,030.56 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Sprint Corp | $845.72 | $0.00 | $92.54 |
| 11 | Dell Financial Services, LLC | $105.41 | $0.00 | $11.53 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $6,450.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jacqueline Marie Fisher  
    Debtor

Case No. 14-40382-TAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dwilliams    Page 1 of 2    Date Rcvd: Oct 07, 2015
                Form ID: pdf006    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2015.

```
db             +Jacqueline Marie Fisher,    1749 N. Sayre Ave.,    Chicago, IL 60707-4324
23352185       +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
23352186       +Austin Bank,    5645 W. Lake St.,    Chicago, IL 60644-1956
22837460       +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
22608373       +Bank Of America,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
22608372       +Bank of America,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
22890996       +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
22631699       +Bank of America, N.A.,    c/o The Wirbicki Law Group, LLC,    33 W. Monroe St., Ste.1140,
                 Chicago, IL 60603-5332
22608375      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA  23285)
22693571       +Chicago Patrolmen's Federal Credit Union,    TRUNKETT & TRUNKETT, P.C.,    20 N.WACKER DR #1434,
                 CHICAGO, IL 60606-2906
22608378       +City Of Chicago - Dept Of Water,    333 South State St - Suite 330,    Chicago, IL 60604-3965
22608379       +Comenity Bank/Carsons,    3100 Easton Square Pl,    Columbus, OH 43219-6232
22608380       +Comenity Bank/Nwyrk&Co,    220 W. Schrock Rd.,    Westerville, OH 43081-2873
23033311      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
22608381       +Dpt Ed/slm,    11100 Usa Pkwy,    Fishers, IN 46037-9203
22608371       +Emerson Law Firm LLC,    715 Lake St Suite 420,    Oak Park, IL 60301-1413
22608370       +FisherJacquelineMarie,    1749 N Sayre Ave,    Chicago, IL 60707-4324
23398978        Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                 Wilkes-Barre PA. 18773-9635
22923342        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre PA 18773-9635
22608382        Special Loan Servicing,    P.O. Box 646005,    Littleton, CO  80163
22608384       +Stahl Cowen Crowley Addis, LLC,    55 West Monroe Street, Suite 1200,    Chicago, IL 60603-5127
22718661       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
22608386       +Td Bank Usa/ Target,    Po Box 673,    Minneapolis, MN 55440-0673
22673426       +The Bank of New York Mellon f/k/a,    The Bank of New York,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
22608387       +Urban Partnership Bank,    Eric J Mainar,    55 West Monroe Street,    Suite 1200,
                 Chicago, IL 60603-5127
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22608374        E-mail/Text: bankruptcynotices@bmwfs.com Oct 08 2015 01:27:03      Bmw Financial Services,
                 Po Box 3608,   Dublin, OH  43016
22710532       +E-mail/Text: bankruptcynotices@bmwfs.com Oct 08 2015 01:27:04
                 BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
22859752       +E-mail/Text: bankruptcy@cavps.com Oct 08 2015 01:26:52      Cavalry SPV I, LLC,
                 assignee of Capital One Bank (USA) NA,    Household Bank,    500 Summit Lake Drive, Ste 400,
                 Valhalla, NY 10595-1340
22608377       +E-mail/Text: rdavis@cpdfcu.com Oct 08 2015 01:26:13
                 Chicago Patrolmen's Federal Credit Union,    1359 W Washington Blvd,    Chicago, IL 60607-1905
22751895        E-mail/Text: bnc-quantum@quantum3group.com Oct 08 2015 01:26:11
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
23352187        E-mail/Text: appebnmailbox@sprint.com Oct 08 2015 01:26:17      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197-4191
22608383        E-mail/Text: appebnmailbox@sprint.com Oct 08 2015 01:26:18      Sprint Corp,
                 Attn Bankruptcy Dept,    P.O Box 7949,    Overland Park, KS 66207-0949
22608385       +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2015 01:29:55      Syncb/JCPenny,    PO Box 965007,
                 Orlando, FL 32896-5007
22608388       +E-mail/Text: birminghamtops@sba.gov Oct 08 2015 01:27:05      US Small Business,
                 801 Tom Martin Dr Suite 120,    Birmingham, AL 35211-6424
                                                                                               TOTAL: 9
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
22608389*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/dfs,    1 Dell Way,    Round Rock, TX  78682)
22608376      ##+Capital One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
                                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams           Page 2 of 2              Date Rcvd: Oct 07, 2015
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2015 at the address(es) listed below:
              Eric J Malnar    on behalf of Creditor    Urban Partnership Bank emalnar@stahlcowen.com
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Gus A Paloian    on behalf of Trustee Gus A Paloian gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Matthew C Swenson    on behalf of Debtor Jacqueline Marie Fisher matt@emersonlawfirm.com
              Michael  Dimand    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-J8, MOTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-J8 mdimand@aol.com, bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stewart A Chapman    on behalf of Trustee Marilyn O Marshall schapman@chi13.com
                                                                                             TOTAL: 7
```