**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-40382 |
| | § | |
| JACQUELINE MARIE FISHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $473,723.29 | Assets Exempt: | $27,591.00 |
| Total Distributions to Claimants: | $6,450.00 | Claims Discharged Without Payment: | $112,581.33 |
| Total Expenses of Administration: | $1,550.00 | | |

    3)    Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,065,320.47 | $1,006,293.72 | $1,006,293.72 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $60,085.00 | $58,946.33 | $58,946.33 | $6,450.00 |
| **Total Disbursements** | $1,125,405.47 | $1,066,790.05 | $1,066,790.05 | $8,000.00 |

4). This case was originally filed under chapter 13 on 11/06/2014. The case was converted to one under Chapter 7 on 03/05/2015. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2016                          By:   /s/ Gus A. Paloian
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 Lexus GX470 (98,000 miles, good condition) Location: 1749 N. Sayre Ave., Chicago, IL 60707 | 1129-000 | $8,000.00 |
| **TOTAL GROSS RECEIPTS** | | $8,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The Bank of New York Mellon f/k/a | 4110-000 | $0.00 | $96,110.05 | $96,110.05 | $0.00 |
| 2 | Chicago Patrolmen's Federal Credit Union | 4110-000 | $0.00 | $278.69 | $278.69 | $0.00 |
| 8 | Bank of America, N.A. | 4110-000 | $0.00 | $400,590.42 | $400,590.42 | $0.00 |
| 12 | Urban Partnership Bank | 4110-000 | $509,314.56 | $509,314.56 | $509,314.56 | $0.00 |
| | Bank of America | 4110-000 | $400,212.14 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 4110-000 | $87,750.00 | $0.00 | $0.00 | $0.00 |
| | US Small Business | 4110-000 | $68,043.77 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,065,320.47 | $1,006,293.72 | $1,006,293.72 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,550.00 | $1,550.00 | $1,550.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2a | Chicago Patrolmen's Federal Credit Union | 7100-000 | $0.00 | $5,398.07 | $5,398.07 | $590.67 |
| 3 | TD BANK USA, N.A. | 7100-000 | $0.00 | $1,449.12 | $1,449.12 | $158.56 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $257.63 | $257.63 | $28.19 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $370.18 | $370.18 | $40.51 |
| 6 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $37,667.53 | $37,667.53 | $4,121.64 |
| 7 | Cavalry SPV I, LLC | 7100-000 | $0.00 | $3,434.40 | $3,434.40 | $375.80 |
| 9 | Navient Solutions, Inc. | 7100-000 | $0.00 | $9,418.27 | $9,418.27 | $1,030.56 |
| 10 | Sprint Corp | 7100-000 | $0.00 | $845.72 | $845.72 | $92.54 |
| 11 | Dell Financial Services, LLC | 7100-000 | $0.00 | $105.41 | $105.41 | $11.53 |
| | Bmw Financial Services | 7100-000 | $37,728.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $3,409.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $597.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Patrolmen's Federal Credit Union | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| | City Of Chicago - Dept Of Water | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Carsons | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Nwyrk&Co | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | Dpt Ed/slm | 7100-000 | $890.00 | $0.00 | $0.00 | $0.00 |
| | Dpt Ed/slm | 7100-000 | $4,449.00 | $0.00 | $0.00 | $0.00 |
| | Dpt Ed/slm | 7100-000 | $3,782.00 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/JCPenny | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Td Bank Usa/Target | 7100-000 | $643.00 | $0.00 | $0.00 | $0.00 |
| | Webbank/dfs | 7100-000 | $237.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $60,085.00 | $58,946.33 | $58,946.33 | $6,450.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 14-40382-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FISHER, JACQUELINE MARIE | Date Filed (f) or Converted (c): | 03/05/2015 (c) |
| For the Period Ending: | 2/1/2016 | §341(a) Meeting Date: | 04/10/2015 |
| | | Claims Bar Date: | 08/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single family home - 1749 N Sayre Ave, Chicago, IL 60707 (Eppraisal evaluation: $353,514; Zillow evaluation: $343,120) | $348,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of America Checking account | $423.70 | $0.00 | | $0.00 | FA |
| 4 | Bank of America Checking account | $102.24 | $0.00 | | $0.00 | FA |
| 5 | Bank of America eBanking account | $10.01 | $0.00 | | $0.00 | FA |
| 6 | Bank of America Money Market account | $52.26 | $0.00 | | $0.00 | FA |
| 7 | Bank of America Regular Savings account | $0.59 | $0.00 | | $0.00 | FA |
| 8 | Bank of America Savings account | $48.87 | $0.00 | | $0.00 | FA |
| 9 | Merril Lynch Investment account | $8.52 | $0.00 | | $0.00 | FA |
| 10 | Household goods, furnishings and electronics Location: 1749 N. Sayre Ave., Chicago, IL 60707 | $2,500.00 | $0.00 | | $0.00 | FA |
| 11 | IPad and computer Location: 1749 N Sayre Ave, Chicago, IL 60707 | $300.00 | $0.00 | | $0.00 | FA |
| 12 | Ordinary Clothing Location: 1749 N Sayre Ave, Chicago, IL 60707 | $500.00 | $0.00 | | $0.00 | FA |
| 13 | Costume jewelry Location: 1749 N. Sayre Ave., Chicago, IL 60707 | $150.00 | $0.00 | | $0.00 | FA |
| 14 | IRA account at Allied Bank | $3,500.00 | $0.00 | | $0.00 | FA |
| 15 | IRA account at Bank of America | $2,191.00 | $0.00 | | $0.00 | FA |
| 16 | 2001 Ford Explorer (145,000 miles, good condition) Location: 1749 N. Sayre Ave., Chicago, IL 60707 | $1,835.00 | $1,835.00 | | $0.00 | FA |
| 17 | 2004 Lexus GX470 (98,000 miles, good condition) Location: 1749 N. Sayre Ave., Chicago, IL 60707 (u) | $16,380.00 | $13,676.19 | | $8,000.00 | FA |
| 18 | Smartphone Location: 1749 N Sayre Ave, Chicago, IL 60707 | $50.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 14-40382-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FISHER, JACQUELINE MARIE | Date Filed (f) or Converted (c): | 03/05/2015 (c) |
| For the Period Ending: | 2/1/2016 | §341(a) Meeting Date: | 04/10/2015 |
| | | Claims Bar Date: | 08/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19   Chicago Patrolmen's Federal Credit Union Checking Account | $272.60 | $272.60 | | $0.00 | FA |
| 20   Chicago Patrolmen's Federal Credit Union Savings Account | $136.69 | $136.69 | | $0.00 | FA |
| 21   Retirement Account at Bank of America | $138,479.00 | $138,479.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

          $514,990.48      $154,399.48      $8,000.00      $0.00

**Major Activities affecting case closing:**
The Trustee liquidated one asset (vehicle). Claims bar date is 8/28/15. Claims will be reviewed and case will be closed.

| Initial Projected Date Of Final Report (TFR): | Current Projected Date Of Final Report (TFR): | 10/31/2015 | /s/ GUS A. PALOIAN |
|---|---|---|---|
| | | | GUS A. PALOIAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-40382-TAB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FISHER, JACQUELINE MARIE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1034 | Checking Acct #: | ******0344 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Jacqueline Fisher |
| For Period Beginning: | 11/6/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/1/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2015 | (17) | Jacqueline Fisher | Purchase of 2004 Lexus | 1129-000 | $8,000.00 | | $8,000.00 |
| 11/18/2015 | 1001 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $1,550.00 | $6,450.00 |
| 11/18/2015 | 1002 | Chicago Patrolmen's Federal Credit Union | Claim #: 2; Distribution Dividend: 10.94; | 7100-000 | | $590.67 | $5,859.33 |
| 11/18/2015 | 1003 | TD BANK USA, N.A. | Claim #: 3; Distribution Dividend: 10.94; | 7100-000 | | $158.56 | $5,700.77 |
| 11/18/2015 | 1004 | Quantum3 Group LLC as agent for | Claim #: 4; Distribution Dividend: 10.94; | 7100-000 | | $28.19 | $5,672.58 |
| 11/18/2015 | 1005 | Quantum3 Group LLC as agent for | Claim #: 5; Distribution Dividend: 10.94; | 7100-000 | | $40.51 | $5,632.07 |
| 11/18/2015 | 1006 | BMW Financial Services NA, LLC | Claim #: 6; Distribution Dividend: 10.94; | 7100-000 | | $4,121.64 | $1,510.43 |
| 11/18/2015 | 1007 | Cavalry SPV I, LLC | Claim #: 7; Distribution Dividend: 10.94; | 7100-000 | | $375.80 | $1,134.63 |
| 11/18/2015 | 1008 | Navient Solutions, Inc. | Claim #: 9; Distribution Dividend: 10.94; | 7100-000 | | $1,030.56 | $104.07 |
| 11/18/2015 | 1009 | Sprint Corp | Claim #: 10; Distribution Dividend: 10.94; | 7100-000 | | $92.54 | $11.53 |
| 11/18/2015 | 1010 | Dell Financial Services, LLC | Claim #: 11; Distribution Dividend: 10.94; | 7100-000 | | $11.53 | $0.00 |

|  |  | TOTALS: | $8,000.00 | $8,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  | Subtotal | $8,000.00 | $8,000.00 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | Net | $8,000.00 | $8,000.00 | |

| For the period of 11/6/2014 to 2/1/2016 | | For the entire history of the account between 06/11/2015 to 2/1/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,000.00 | Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 | Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-40382-TAB | Trustee Name: | Gus A. Paloian |
| Case Name: | FISHER, JACQUELINE MARIE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***1034 | Checking Acct #: | ******0344 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Jacqueline Fisher |
| For Period Beginning: | 11/6/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/1/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,000.00 | $8,000.00 | $0.00 |

**For the period of 11/6/2014 to 2/1/2016**

| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/05/2015 to 2/1/2016**

| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |